IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOSE AYALA, individually and
on behalf of all similarly situated,

                                              ORDER

                Plaintiff(s),

                                              16-cv-367-bbc

     v.

STARTEK WORKFORCE SOLUTIONS, LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      After reaching a mediated settlement agreement on August 7, 2017, the parties to this action (Jose Ayala, individually and on behalf of all similarly situated, and Startek Workforce Solutions, LLC) stipulated to the dismissal of this action with prejudice and moved for approval of the settlement agreement. The motion is granted. The proposed settlement agreement is fair, reasonable and adequate for the reasons explained in the parties' joint motion. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982) (setting forth standard for settlement approval); Briggs v. PNC Financial Services Group, Inc., 2016 WL 7018566, at *1 (N.D. Ill. Nov. 29, 2016) (same).

      Entered this 25th day of September, 2017.

                                        BY THE COURT:
                                      /s/

                                      _____
                                      BARBARA B. CRABB
                                      District Judge